IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02349-WDM-BNB

TONY MANRY, and
DIANE MANRY,

Plaintiffs,

v.

CAROL C. LINDA,
DENVER PUBLIC SCHOOLS, and
DOES 1 through 10, inclusive, being parties unknown to plaintiffs,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Amend Complaint for Damages and Demand for Jury Trial** [docket no. 23, filed March 6, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the Amended Complaint for Damages and Demand for Trial by Jury, which is Attachment 3 to the Motion, document 23.

IT IS FURTHER ORDERED that the caption is to be changed on all future documents to reflect the names of the defendants as: LINDA C. CHAMPION, SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER and DOES 1 THROUGH 10, inclusive, being parties unknown to plaintiffs.

DATED:  March 7, 2007