IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02349-WDM-BNB

TONY MANRY, and
DIANE MANRY,

Plaintiffs,

v.

LINDA C. CHAMPION,
SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER, and
DOES 1 THROUGH 10, inclusive, being parties unknown to plaintiffs.

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **July 9, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 25, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge