IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02349-WDM-BNB

TONY MANRY AND
DIANE MANRY,

    Plaintiffs,

v.

LINDA C. CHAMPION, et al.,

    Defendant.

## NOTICE OF DISMISSAL OF LINDA CHAMPION ONLY

The court takes judicial notice that the parties have filed a Stipulation for Dismissal of Linda Champion With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint as to Linda Champion only is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 5, 2007.

                              BY THE COURT:


                              s/ Walker D. Miller
                              United States District Judge

PDF FINAL